# United States District Court

__Southern__ DISTRICT OF __New York__

PATRICK WITHERS

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

VILLAGE OF AIRMONT, THE BOARD OF
TRUSTEES OF VILLAGE OF AIRMONT,
JOSEPH MEYERS AS DEPUTY MAYOR AND
TRUSTEE, MAUREEN SCHWARZ AS TRUSTEE
AND ROY DOUGHERTY AS BUILDING CODE

**07 CIV. 9674**

JUDGE ROBINSON

TO: (Name and address of defendant)

ROY DOUGHERTY
AS BUILDING CODE INSPECTOR OF THE VILLAGE OF AIRMONT
251 CHERRY LANE
TALLMAN, NEW YORK 10982

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

CONDON RESNICK LLP
By: Brian Condon, Esq.
96 South Broadway
Nyack, NY 10960

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

(BY) DEPUTY CLERK

OCT 3 1 2007

DATE

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me¹ | November 1, 2007 |
| NAME OF SERVER (PRINT) Lauren Eide | TITLE |

*Check one box below to indicate appropriate method of service*

[XX] Served personally upon the defendant. Place where served: 251 Cherry Lane, Tallman, New York 10982 via first class mail on November 13, 2007

[XX] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Donna Lopopolo, Deputy Village Clerk, Village of Airmont, 251 Cherry Lane, Tallman, New York 10982 for and on behalf of Roy Dougherty, Building

[ ] Returned unexecuted: Code Enforcement Officer.

[ ] Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on November 13, 2007
Date

Signature of Server

Pearl River, New York
Address of Server

J. MICHAEL McMAHON

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.