# United States District Court

_____ Southern _____   **DISTRICT OF** ___ New York ___

NOV 1 '07 PM 12:57

PATRICK WITHERS

**V.**

VILLAGE OF AIRMONT, THE BOARD OF
TRUSTEES OF VILLAGE OF AIRMONT,
JOSEPH MEYERS AS DEPUTY MAYOR AND
TRUSTEE, MAUREEN SCHWARZ AS TRUSTEE
AND ROY DOUGHERTY AS BUILDING CODE

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 07 CIV. 9674

### JUDGE ROBINSON

TO: (Name and address of defendant)

VILLAGE OF AIRMONT
251 CHERRY LANE
TALLMAN, NEW YORK 10982

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

CONDON RESNICK LLP
By: Brian Condon, Esq.
96 South Broadway
Nyack, NY 10960

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_J. Michael McMahon_

CLERK **CLERK**

OCT 3 1 2007

(BY) DEPUTY CLERK

DATE

AO 440  (Rev. 10/93) Summons In a Civil Action -SDNY  WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | November 1, 2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Lauren Eide | |

*Check one box below to indicate appropriate method of service*

[xx] Served personally upon the defendant. Place where served: Donna Lopopolo, Deputy Village Clerk, Village of Airmont, 251 Cherry Lane, Tallman, New York 10982

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   November 13, 2007
           Date

_____
Signature of Server

Pearl River, New York
_____
Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.