UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PATRICK WITHERS,                                                    ECF CASE

      Plaintiff,

                                                                  NOTICE OF MOTION FOR
                                                                  SUMMARY JUDGMENT
      -against-                                    Civ. No.07-9674(SCR)

THE VILLAGE OF AIRMONT,
THE BOARD OF TRUSTEES OF THE VILLAGE OF AIRMONT,
JOSEPH MEYERS AS DEPUTY MAYOR AND TRUSTEE,
MAUREEN SCHWARZ AS TRUSTEE, AND ROY DOUGHERTY
AS BUILDING CODE INSPECTOR OF THE VILLAGE OF
AIRMONT, IN EACH OF THEIR INDIVIDUAL AND OFFICIAL
CAPACITIES,

      Defendants.
------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that upon the Affidavit of Patrick Withers and upon all pleadings and proceedings had herein, Plaintiff will move this Court before the Hon. Stephen C. Robinson, United States District Court, Southern District of New York, 300 Quarropas Street, White Plains, New York at a date and time to be determined by the Court, or as soon thereafter as counsel can be heard, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting the relief requested in the Complaint upon the grounds that Plaintiff is entitled to Summary Judgment as a matter of law and for such other, further and different relief as to this Court seems just, proper and equitable.

Dated: June 6, 2008
       South Nyack, New York

                                              Respectfully submitted,
                                              CONDON RESNICK, LLP

                                              By: /s/ Brian K. Condon
                                              Brian K. Condon, Esq. (4683)
                                              Attorneys for Plaintiff
                                              96 South Broadway
                                              South Nyack, New York 10960
                                              (845) 358-8900

TO: Brian J. Powers, Esq.
701 Westchester Avenue, Suite 101W
White Plains, NY 10604