AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                          )ss:
COUNTY OF ROCKLAND  )

     Dawn L. Congiusti being duly sworn says:  I am not a party to the action, am over the age of 18 years and reside at Washingtonville, New York, 10992.

     On June 6, 2008, I served one true copy of the annexed MOTION FOR SUMMARY JUDGMENT with supporting papers, PLAINTIFF'S MEMORANDUM OF LAW, and STATEMENT PURSUANT TO LOCAL RULE 56.1 by mailing a copy of the said documents in a sealed envelope, with postage prepaid thereon, by depositing same in an official depository of the United Postal Service within the State of New York and addressed as follows:

        Brian J. Powers, Esq.
        701 Westchester Avenue, Suite 101W
        White Plains, New York 10604

                                      /s/ Dawn L. Congiusti
                                      Dawn L. Congiusti

Sworn to before me this
  6th  day of June, 2008.


/s/ Lorraine Pimentel
Notary Public