Exhibit H





# Village of Airmont

### BUILDING & ZONING DEPT.
### 321 ROUTE 59, P.O. BOX 578
### AIRMONT, NEW YORK 10952
### (845) 369/8813

No. 0831

## APPEARANCE TICKET

Location _Village of Airmont_

To _PAT Withers_

Address _32 Orange Avenue_  Telephone No. _____
_Suffern NY 10901_

You are hereby notified to personally appear in the Justice Court, Village of Airmont Village Hall, 321 Route 59, Airmont, New York on the _15th_ day of _November_ 20 _07_ at _6:00_ P. M. to answer a charge to be made against you for violation(s) of _Article VIII §210-64D(5)_

_____ of the Village of Airmont as follows:

_No Political sign May exceed 16 sq Ft in_
_sign Area in a commercial district Nor_
_8 sq Ft in A residential district_

and upon your failure to appear, a warrant may be issued for your arrest.

Dated at _Airmont_ NY,
this _9th_ day of _October_ 20 _07_

FOR
BUILDING & ZONING INSPECTOR
VILLAGE OF AIRMONT
ROCKLAND COUNTY, NY

Exhibit J













Exhibit K

From: Feb141972@aol.com
To: DSPW11@aol.com
Subject: Fwd: sign/ This is what Meyers sent back to me
Date: Sat, 27 Oct 2007 2:07 pm

See what's new at AOL.com and Make AOL Your Homepage.

| Attached Message | |
|---|---|
| From: | Linaluke1@aol.com |
| To: | Feb141972@aol.com |
| Subject: | Fwd: sign |
| Date: | Sat, 27 Oct 2007 2:06:06 PM Eastern Daylight Time |

See what's new at AOL.com and Make AOL Your Homepage.

| Attached Message | |
|---|---|
| From: | Joseph Meyers <jmeyers@meyerslaw.net> |
| To: | Linaluke1@aol.com |
| Subject: | RE: sign |
| Date: | Fri, 26 Oct 2007 20:02:20 -0400 |

You live on Cherry Lane right across the road. (Oh, right, I'm not supposed to know who you are.) Only unauthorized signs are removed. Augie is supporting me and only my sign has the right to be on Augie's property.

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by return e-mail and destroy all copies of the original message.

From: Linaluke1@aol.com [mailto:Linaluke1@aol.com]
Sent: Friday, October 26, 2007 6:35 PM
To: jmeyers@airmont.org
Subject: sign

While traveling down Cherry Lane, I saw you steal that sign.

See what's new at AOL.com and Make AOL Your Homepage.